## STATEMENT OF FACTS

On XXXXXXXXXXX, XXXXXX XX, XXXX, your Affiant and other officers of the Metropolitan Police Department (MPD) responded to XXX XXXX XXXXXX XXXXXXXXXXX, following a report that a firearm was found in a patient's belongings.

On scene, Witness-1 stated to your Affiant that the patient, Jamal Payne, was admitted to the hospital at approximately XX:XX. on XXXXX XX, XXXX At about XX:XX, XXXXXXX XX, XXXX, Witness-1 noticed that Mr. Payne's backpack had a strong smell of marijuana emanating from the backpack. An inventory search of the backpack revealed a loaded firearm. The firearm was removed and rendered safe before MPD's arrival. However, a picture was taken of the firearm inside of the backpack:



The firearm was a 9mm Springfield Armory XD-9 handgun with serial number BY245252. The firearm was loaded with 15 rounds of 9mm ammunition. There are no firearm or ammunition manufacturers in the District of Columbia. Law enforcement tried to test fire the firearm; however, a malfunction occurred and it could not be fired.

A further search of the backpack revealed suspected narcotics, including a small clear vial, about half full of amber colored liquid that appeared to contain tobacco flakes:



    Your Affiant knows from training and experience that the liquid in this vial is consistent with a distribution quantity of PCP. From the backpack, MPD also recovered a payment card and prescription pill bottles that had Mr. Payne's name on them. While in the hospital, Mr. Payne claimed the backpack was his girlfriend's and also seemed to say that his girlfriend had threatened to get him into trouble. Later, he suggested that his bag had been searched once without the gun having been found, was separated from his person, and then was later searched again.

    A criminal records check reveals that Mr. Payne was convicted in XXXX of robbery in D.C. Superior Court (case XXXX-XX-XXXX) and sentenced to 30 months' imprisonment. Payne was also convicted in 2021 of Unlawful Possession of a Firearm and Ammunition by a Prohibited Person in D.C. District Court (case XX-XX-XXX) and sentenced to 18 months of confinement. Accordingly, on XXXXXXX XX, XXXX, Mr. Payne knew that he has previously been convicted of a crime punishable by a term of imprisonment for more than one year.

    Based on the aforementioned facts, this Affiant believes that probable cause exists for the issuance of an arrest warrant for Unlawful Possession of Ammunition by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1).

_____
OFFICER AHNAF AHMED, BADGE 5024
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS 30th DAY OF APRIL, 2025.

_____
MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE